## Commonwealth v. Cikalo, Appellant.

Before Lowe, J.

Submitted September 8, 1975. *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Claudio, Appellant.

Before Bucher, J.

Submitted September 8, 1975. *William C. Haynes*, Assistant Public Defender, for appellant; *Mary Anne Motter Cullen* and *James R. Leonard, Jr.*, Assistant District Attorneys, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Cruz, Appellant.

Before Palmer, P. J.

Submitted September 8, 1975. *Harry Newman*, for appellant; *John J. Segata, Jr.*, Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.